UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GEORGE XENOS, on behalf of himself    No. 1:14-cv-01175(SLT)(SMG)
and those similarly situated,

                          *Plaintiff*,    **STIPULATION FOR WITHDRAWAL**
                                       **OF ACTION WITH PREJUDICE**

      -against-

156-40 GRILL, LLC a/k/a
GREEK GRILL, GREEK GRILL
CROSSBAY CORP., MARIA POLLATOS
and EVANGELOS POLLATOS

                            *Defendants*.
----------------------------------------------------------x

      WHEREAS, Plaintiff contends that Defendants did not compensate them properly under federal (FLSA) and state wage laws;

      WHEREAS, the Defendants vehemently deny all allegations of wrongdoing made by Plaintiffs;

      WHEREAS, the parties have resolved this matter in its entirety;

      WHEREAS, the Court approves of the parties' resolution of the FLSA claims;

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that Plaintiff's Complaint and any and all claims that were or could have been asserted in this action are hereby discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, that the resolution of this action is hereby approved by the Court without further litigation, and with each party to bear its own costs, expenses, disbursements and attorneys' fees.

| | |
|---|---|
| *(signature)* | *(signature)* |
| Taso Pardalis | Karl Silverberg, Esq. |
| PARDALIS & NOHAVICKA, LLP | SILVERBERG P.C. |
| 35-10 Broadway – Suite 201 | 320 Carleton Ave., Suite 6400 |
| Astoria, New York 11106 | Central Islip, NY 11722 |
| (718) 777-0400/ (718) 777.0599 Fax | (631) 778- 6077 |
| | |
| *Attorneys for Plaintiff George Xenos* | *Attorneys for Defendants* |
| *Individually and on behalf of all others* | *156-40 Grill,LLC a/ka* |
| *Similarly situated* | *Greek Grill Crossbay Corp.,* |
| | *Maria Pollatos and* |
| | *Evangelos Pollatos* |

**SO ORDERED**_____